IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: May 9, 2008 |
| Therese Lindblom, Court Reporter | |
| Anna Kelsey, Interpreter | |

Criminal Action No. 07–cr–00275–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| 15. EVARISTO OROSCO (OROZCO), | Harvey Steinberg |
| a/k/a "Evaristo Gonzalez," | |
| a/k/a "Evaristo Orosco-Gonzalez," | |
| Defendant. | |

---

## COURTROOM MINUTES

---

**Hearing on Motion for Reconsideration of Detention**

**3:15 p.m.**     Court in session.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Appearances of counsel.  Defendant is present in custody.

Discussion regarding motion to reconsider detention, #498.

**3:20 p.m.**     Defendant's witness, Oscar Orozco, called and sworn.

Direct examination by Mr. Steinberg.

**3:26 p.m.**      Cross examination by Mr. Boma.

**3:34 p.m.**      Re-direct examination by Mr. Steinberg.

**3:34 p.m.**      Witness is excused.

**3:35 p.m.**      Government's witness, Albert Villasuso, called and sworn.

Direct examination by Mr. Boma.

**3:39 p.m.**      Cross examination by Mr. Steinberg.

**3:41 p.m.**      Witness is excused.

Argument by Mr. Steinberg.

**3:45 p.m.**      Argument by Mr. Boma.

Court's findings.

**ORDERED: 1.**      **Defendant Evaristo Orosco's Motion to Reconsider Detention (#498, filed April 11, 2008) is GRANTED.**

**ORDERED: 2.**      **This matter is referred to Magistrate Judge Hegarty for Defendant Evaristo Orosco's release on original bond conditions with the additional condition, if not already present, of home detention with electronic monitoring. Defendant Evaristo Orosco may have contact with only the following of the co-defendants in this case: his wife (16) Martha Orosco, daughter (23) Cynthia Orosco, and former daughter-in-law (7) Ana Nemecia Orozco.**

**3:57 p.m.**      Court in recess.

Hearing concluded.

Total time: 00:42