IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No.  07-cr-00275-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15.  EVARISTO OROSCO,

        Defendant.

---

## ORDER RELEASING SURETY

---

        In a Minute Order dated May 20, 2009 [doc. #1212], Magistrate Judge Michael E.

Hegarty granted Defendant Evaristo Orosco's Unopposed Motion to Modify Conditions

[of] Bond [doc. #1205], filed May 19, 2009, and modified Defendant's bond from a

$25,000 cash bond to a $25,000 Personal Recognizance Bond.  As a result, all the

conditions of an appearance bond imposed by the Court as a pretrial matter to secure

Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

Accordingly, it is hereby

        ORDERED that the bond in this case is hereby modified and the surety or

sureties, if applicable, are released.  It is

        FURTHER ORDERED that the bail funds or property deposited into the registry

of the Court shall hereby be released by the Clerk of the Court, or a designated deputy,

to the surety or Defendant.

Dated:  May 27, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge